GOVERNMENT EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GBX PR LLC, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Respondent. | ) | |

Upon the Petition to Enforce Internal Revenue Service Summons ("the Petition"), the declaration and summons attached thereto, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Respondent, GBX PR LLC, appear before the United States District Court for the Northern District of Ohio, the United States Courthouse, located at 801 West Superior Avenue, Cleveland, Ohio 44113, on the _____ day of _____ 2023, at _____ to show cause why it should not be compelled to comply with the Internal Revenue Service summons served upon it on June 10, 2022, in the matter of The Natchez New Orleans LLC.

IT IF FURTHER ORDERED that a copy of this Order, together with the Petition and the exhibits attached thereto, be served upon Respondent by an official of the Internal Revenue Service or any United States Marshall within thirty (30) days of the date of this Order.

IT IS FURTHER ORDERED that Respondent shall file and serve a written response to the Petition supported by appropriate affidavit(s), as well as any motions Respondent desires to make. If Respondent has any defenses to present or motions to make in opposition to the Petition, such defenses and motions, if any, shall be made in writing and filed with the Court, and copies served on counsel for the United States, at least five (5) business days prior to the date of the show cause

hearing. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) will be considered by the Court. Any uncontested allegations in the Petition shall be considered admitted.

    IT IF FURTHER ORDERED that if Respondent has no objection to compliance with the summons, Respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with the agreement of counsel for the United States, of the fact that no response or appearance as ordered herein will be required.

    IT IS SO ORDERED.

Entered this _____ day of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE